MICHAEL A. BACKER v. PARKING AUTHORITY OF THE
CITY OF NEWARK.

March 25, 1980.

Certification to Essex County District Court is granted.

IN THE MATTER OF OPINION 449 OF THE ADVISORY
COMMITTEE ON PROFESSIONAL ETHICS.

April 3, 1980.

ORDERED that the petition for review of the Advisory
Committee on Professional Ethics Opinion Number 449, entitled
*Conflicts of Interest–County Legal Assistant–Also for Municipal
Planning Board Counsel*, is denied.

SOUTHERN BURLINGTON COUNTY N.A.A.C.P. AND DAVIS
ENTERPRISES v. TOWNSHIP OF MOUNT LAUREL.

April 16, 1980.

Certification to Superior Court, Law Division granted.